# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMELDA ISABEL JACINTO DE HARO,<br><br>Defendant | Case No.: 17CR3924-BTM<br><br>**JUDGMENT AND ORDER GRANTING MOTION TO DISMISS THE INFORMATION**<br><br>The Honorable Barry Ted Moskowitz |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that the Indictment be dismissed without prejudice. This case is terminated.

SO ORDERED.

Dated: 2/9/2018

_____
THE HONORABLE BARRY TED MOSKOWITZ
United States Chief District Judge